# EXHIBIT 2



# Service of Process Transmittal
03/07/2022
CT Log Number 541175903

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | Process Served in Wisconsin |
| **FOR:** | Walmart Claims Services, Inc.  (Domestic State: AR) |

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: GRANT LEASA K. // To: Walmart Claims Services, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Milwaukee County - Circuit Court, WI<br>Case # 2022CV000917 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/17/2019, At 5301 South 76th Street, Greendale, WI, 53129 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Madison, WI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/07/2022 at 13:02 |
| **JURISDICTION SERVED :** | Wisconsin |
| **APPEARANCE OR ANSWER DUE:** | Within 45 days after receipt (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Michael A. LoCoco<br>Gruber Law Offices, LLC<br>100 East Wisconsin Avenue, Suite 2800<br>Milwaukee, WI 53202<br>414-276-6666 |
| **REMARKS:** | The documents received have been modified to reflect the name of the entity being served. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/07/2022, Expected Purge Date: 03/12/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>301 S. Bedford Street<br>Suite 1<br>Madison, WI 53703<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



| | |
|---|---|
| | **Service of Process Transmittal** |
| | 03/07/2022 |
| | CT Log Number 541175903 |

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Wisconsin**

**FOR:** Walmart Claims Services, Inc.  (Domestic State: AR)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / JD