UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LEASA K. GRANT,

    Plaintiff,

And

Case No.: 22-cv-428

STATE OF WISCONSIN DEPARTMENT
OF HEALTH SERVICES and
UNITEDHEALTHCARE INSURANCE
COMPANY

    Involuntary Plaintiff,

vs.

WALMART CLAIMS SERVICES, INC.,

    Defendants.

## DEFENDANT WALMART CLAIMS SERVICES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Walmart Inc., incorrectly identified as Walmart Claims Services, Inc. hereby furnishes the following list in compliance with Fed. R. Civ. P. 7.1 and Civil L.R. 7.1:

1) The correct name of Defendant in this matter is Walmart Inc.

2) Walmart Inc. is a foreign corporation with its principal office located at 702 SW 8th Street, Bentonville, Arkansas.

3) Walmart Inc. is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. No other publicly traded entity owns more than 10% of Walmart Claims Services, Inc. stock.

(4) MWH Law Group LLP is the only law firm expected to appear for Defendant, Walmart Inc.

Dated this 6th day of April, 2022.

**MWH LAW GROUP LLP**
Attorneys for Defendant, Walmart, Inc.

By: */s/ Electronically signed by Carlos R. Pastrana*
Carlos R. Pastrana
SBN: 1088286
735 North Water Street, Suite 610
Milwaukee, WI 53202
Telephone: (414) 436-0353
Facsimile: (414) 436-0354
carlos.pastrana@mwhlawgroup.com