# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEASA K. GRANT,**
        **Plaintiff,**

   v.                                 Case No. 22-CV-428

**WALMART CLAIMS SERVICES INC.,**
        **Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 6/7/2022
Time Commenced: 10:03 a.m.          Concluded: 10:06 a.m.
Deputy Clerk: WS                       Court Reporter:

APPEARANCES:

Plaintiff: Michael A. LoCoco

Defendant: Peggy Van Horn

Nature of Conference: Telephonic Scheduling Conference

Notes: The court approves the proposed schedule and will issue a scheduling order shortly. Plaintiff and Defendant do not object to the motion to dismiss by the Wisconsin Department of Health Services at ECF no. 16 so that motion is **GRANTED.** The parties will inform the court if they are interested in mediation services.