UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

LEASA K. GRANT,

    Plaintiff,

Case No: 2:22-CV-00428-LA

And

UNITEDHEALTHCARE INSURANCE COMPANY

    Involuntary Plaintiff,

vs.

WALMART CLAIMS SERVICES INC., p/k/a WALMART, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties that this action may be dismissed in its entirety, on the merits and with prejudice, and without further notice or costs to any party.

Dated: 5/1/23

    By: /s/ Geoffrey D. Wilber
    Geoffrey D. Wilber
    State Bar No: 1041500
    Attorney for Plaintiff(s)
    GRUBER LAW OFFICES LLC
    100 East Wisconsin Avenue, Suite 1650
    Milwaukee, WI 53202
    (414) 276-6666
    Email: gdw@gruber-law.com; CLH@gruber-law.com

Dated:  5/1/23

        By:_____/s/Matthew S. Mayer_____
        Matthew S. Mayer
        State Bar No: 1001237
        Attorney for
        WELD RILEY, S.C.
        500 3rd St Ste 800
        PO Box 479
        Wausau, WI 54402-0479
        (715) 845-8234
        Email:  mmayer@weldriley.com;
        tschafer@weldriley.com

Dated:  May 2, 2023

        By:_____s/Peggy E. Van Horn_____
        Peggy E. Van Horn
        State Bar No: 1001414
        Attorney for Defendants, Walmart Claims Services, Inc.
        LAW OFFICES OF THOMAS P. STILP
        Mailing:  P.O. Box 7217, London, KY 40742
        Physical:  11800 W Park Place, Suite 210, Milwaukee WI 53224
        Phone: (414) 577-4328 / Fax: (603) 334-7164
        Email:  peggy.vanhorn@libertymutual.com